*United States District Court*
*For the Northern District of California*

\* E-filed 7/5/07 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

XIAODAN TU,

    Plaintiff,

    v.

MICHAEL CHERTOFF, et. al.,

    Defendant.

Case No. CV 07-02971 HRL

**NOTICE RE: PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT**

The Motion to Withdraw Complaint filed by *pro se* plaintiff shall be treated as a Federal Rule of Civil Procedure 41(a)(1) Voluntary Dismissal by the Plaintiff. As such, the case is dismissed without prejudice to either party.

Dated: 7/5/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Xiaodan Tu
1147 Stafford Drive
Cupertino, CA 95014

Dated: 7/5/07

                                              /s/ KRO
                                    Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California